Carolyn Taylor, Esq. (SBN 159347)
ctaylor@mpplaw.com
Tammara N. Tukloff, Esq. (SBN 192200)
ttukloff@mpplaw.com
**MORRIS POLICH & PURDY LLP**
600 W. Broadway, Suite 500
San Diego, CA 92101
Telephone:  (619) 557-0404
Facsimile:   (619) 557-0460

Attorneys for Defendants
BRENN DISTRIBUTION, INC. f/k/a
PROPST DISTRIBUTION, INC. f/k/a
QUALITEST PHARMACEUTICALS, INC.; and
BRENN MANUFACTURING, INC. f/k/a
VINTAGE PHARMACEUTICALS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| EDWARD BALTAZAR, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, et al.,<br><br>Defendants. | CASE NO.: 1:12-CV-01917-AWI-BAM<br><br>**STIPULATED REQUEST TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' COMPLAINT PENDING RESOLUTION OF MOTION TO REMAND; ORDER** |

   WHEREAS, Plaintiffs' Complaint was filed in Fresno County Superior Court on November 15, 2012;

   WHEREAS, this action was removed by Defendants BRENN DISTRIBUTION, INC. f/k/a PROPST DISTRIBUTION, INC. f/k/a QUALITEST PHARMACEUTICALS, INC. and BRENN MANUFACTURING, INC. f/k/a

VINTAGE PHARMACEUTICALS, INC. to the United States District Court for the Eastern District of California on November 26, 2012 [Docket No. 1];

WHEREAS, Plaintiffs filed a Motion to Remand on January 31, 2013 [Docket No. 9], and the hearing on Plaintiffs Remand Motion set for March 15, 2013 has been stayed pending a decision from the MDL;

WHEREAS, various defendants have been served in the intervening time period with response deadlines likely to occur prior to the ruling on the pending motion to remand;

IT IS HEREBY AGREED AND STIPULATED by and between Defendants and Plaintiffs, through their respective attorneys of record, that:

In the interest of judicial economy, and upon the Court's entry of an order upon this stipulation (Proposed Order submitted concurrently herewith), any Defendants who have an upcoming deadline to respond to the Complaint shall have that deadline continued until thirty (30) days after the entry of any court order denying Plaintiffs' Motion to Remand. If Plaintiffs' Remand Motion is granted, the parties agree that the time for Defendants to respond to the Complaint shall be governed by the California Code of Civil Procedure, stipulation of counsel, and/or other court order.

Dated: April 4, 2013                **KHORRAMI LLP**

                                                    By: /s/ Elise Rochelle Sanguinetti
                                                       (as authorized on 04/04/2013)
                                                       Elise Rochelle Sanguinetti
                                                       Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: April 4, 2013 | **MORRIS POLICH & PURDY LLP** |
| 2 | | |
| 3 | | By: /s/ Tammara N. Tukloff_____ |
| 4 | | Carolyn Taylor |
| | | Tammara N. Tukloff |
| 5 | | Attorneys for Defendants |
| 6 | | BRENN DISTRIBUTION, INC. f/k/a |
| | | PROPST DISTRIBUTION, INC. f/k/a |
| 7 | | QUALITEST PHARMACEUTICALS, |
| 8 | | INC.; and BRENN MANUFACTURING, |
| | | INC. f/k/a VINTAGE |
| 9 | | PHARMACEUTICALS, INC. |
| 10 | | |
| 11 | Dated: April 4, 2013 | **GOODMAN NEUMAN HAMILTON LLP** |
| 12 | | |
| 13 | | By: /s/ Patricia L. Bonheyo_____ |
| | | (as authorized on 04/04/2013) |
| 14 | | Farley J. Neuman |
| 15 | | fneuman@gnhllp.com |
| | | Pavan L. Rosati |
| 16 | | prosati@gnhllp.com |
| 17 | | Patricia L. Bonheyo |
| | | pbonheyo@gnhllp.com |
| 18 | | 417 Montgomery Street, 10th Floor |
| 19 | | San Francisco, CA 94104 |
| | | Tel. (415) 705-0400 |
| 20 | | Fax. (415) 705-0411 |
| 21 | | Attorneys for Defendant |
| | | MCKESSON CORPORATION |

| | | |
|---|---|---|
| 1 | Dated: April 4, 2013 | **SEEGER SELVAS LLP** |
| 2 | | |
| 3 | | By:__/s/ Adam R. Salvas_____ |
| 4 | | (as authorized on 04/04/2013) |
| | | Kenneth M. Seeger |
| 5 | | kseeger@seegersalvas.com |
| 6 | | Adam R. Salvas |
| | | asalvas@seegersalvas.com |
| 7 | | 455 Market Street, Suite 1530 |
| 8 | | San Francisco, CA 94105 |
| | | Tel. (415) 981-9260 |
| 9 | | Fax. (415) 981-9266 |
| 10 | | Attorneys for Defendants |
| | | VINTAGE PHARMACEUTICALS, LLC; |
| 11 | | GENERICS INTERNATIONAL (US), INC.; |
| 12 | | GENERICS BIDCO I, LLC; GENERICS BIDCO II, LLC; GENERICS |
| 13 | | INTERNATIONAL (US PARENT), INC.; |
| | | ENDO PHARMACEUTICALS, INC.; and |
| 14 | | ENDO PHARMACEUTICALS HOLDINGS, |
| 15 | | INC. |
| 16 | | |
| 17 | Dated: April 4, 2013 | **SEDGWICK LLP** |
| 18 | | |
| 19 | | By:__/s/ Christopher P. Norton_____ |
| | | (as authorized on 04/04/2013) |
| 20 | | Karen Woodward |
| | | karen.woodward@sedgwicklaw.com |
| 21 | | Christopher P. Norton |
| 22 | | christopher.norton@sedgwicklaw.com |
| | | 801 S. Figueroa Street, 19th Floor |
| 23 | | Los Angeles, CA 90017 |
| 24 | | Tel. (213) 426-6900 |
| | | Fax. (213) 426-6921 |
| 25 | | Attorneys for Specially Appearing Defendant |
| 26 | | XANODYNE PHARMACEUTICALS, INC. |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 4, 2013 | **SPENCER, LLP** |
| 3 | | **PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP** |
| 4 | | |
| 5 | | By: /s/ Emily J. Hicks_____ |
| 6 | | (as authorized on 04/04/2013) |
| 7 | | Julian G. Senior (SBN 219098) jsenior@spencerllp.com |
| 8 | | David C. Shay (SBN 241702) dshay@spencerllp.com |
| 9 | | SPENCER, LLP |
| 10 | | 1600 Rosecrans Ave., Bldg. 7 – Ste. 320 Manhattan Beach, CA 90266 |
| 11 | | Tel. (310) 727-3330 |
| 12 | | Fax. (310) 727-3331 |
| 13 | | Emily J. Hicks (SBN 232155) |
| 14 | | ejh@pietragallo.com PIETRAGALLO GORDON ALFANO |
| 15 | | BOSICK & RASPANTI, LLP |
| 16 | | One Oxford Centre, 38th Floor Pittsburgh, PA 15219 |
| 17 | | Tel. (412) 263-4356 |
| 18 | | Fax. (412) 263-4247 |
| 19 | | Attorneys for Defendants |
| 20 | | MYLAN INC. and MYLAN PHARMACEUTICALS INC. |

Dated: April 4, 2013     **GORDON & REES LLP**

By: /s/ Kai Peters_____
    (as authorized on 04/04/2013)
    Kai Peters (SBN 198516)
    kpeters@gordonrees.com
    275 Battery Street, Suite 2000
    San Francisco, CA 94111
    Tel. (415) 986-5900
    Fax. (415) 986-8054
    Attorneys for
    CORNERSTONE BIOPHARMA
    HOLDINGS, INC.

## ORDER

Based on the above stipulation, and for good cause shown, the Court finds the Stipulated Request is **GRANTED**. Accordingly, it is hereby **ORDERED** that:

1. The deadline for any Defendant to respond to the Complaint shall be continued until thirty (30) days after the entry of any order of this Court which denies Plaintiffs' Motion to Remand; and

2. Should Plaintiffs' Remand Motion be granted, Defendants' time to respond to the Complaint shall be governed by the California Code of Civil Procedure, stipulation of counsel, and/or other court order.

IT IS SO ORDERED.

Dated:  **April 10, 2013**        /s/ *Barbara A. McAuliffe*___
                                  UNITED STATES MAGISTRATE JUDGE